IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────────────

No. 21-13146-DD

───────────────────────

MARLENE GREEN-COOPER,
individually and on behalf of all others similarly situated, et al.,

                              Plaintiffs,

ERIC STEINMETZ,
individually and on behalf of all others similarly situated,
MICHAEL FRANKLIN,
individually and on behalf of all others similarly situated,
SHENIKA THEUS,
individually and on behalf of all others similarly situated,

                              Plaintiffs - Appellees,

versus

BRINKER INTERNATIONAL, INC.,

                              Defendant - Appellant.

───────────────────────

Appeal from the United States District Court
for the Middle District of Florida

───────────────────────

ORDER:

Attorney Gilbert C. Dickey's motion to withdraw as counsel for Chamber of Commerce of the United States of America is GRANTED.

                              DAVID J. SMITH
                         Clerk of the United States Court of
                           Appeals for the Eleventh Circuit

                     ENTERED FOR THE COURT - BY DIRECTION